FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KOREY LEINGANG,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>          Defendant. | No.   1:15-CV-3142-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court, without oral argument, is the parties Stipulated Motion for Remand, ECF No. 17. Pursuant to sentence four of 42 U.S.C. § 405 (g), the parties are seeking to reverse and remand the Commissioner's decision finding Plaintiff not disabled.

After reviewing the record and relevant authority, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties Stipulated Motion for Remand, ECF No. 17 is **GRANTED**.

**2.** Under sentence four of 42 U.S.C. § 405 (g), the Commissioner of Social Security's decision finding Plaintiff not disabled is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

ORDER **-** 1

3. On remand, the Appeals Counsel shall instruct the Administrative Law Judge to (1) update the record and provide the opportunity for a new hearing; (2) reconsider Plaintiff's residual functional capacity; (3) include in the residual functional capacity assessment inability to kneel, crouch, and stoop, or in the alternative, explain reasons to reject the opinion of examining physician, Marie Ho, M.D., that Plaintiff should avoid kneeling, crouching, and stooping; and (4) reconsider Plaintiff's ability to perform past relevant work and other work, receiving vocational expert testimony as necessary.

4. Plaintiff will be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412 (d), upon a timely and proper application to this Court.

5. The Court shall enter final judgment accordingly.

6. The case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of June 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge